IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATIVIDAD R. CANTU, ) | |
| ) | CV05-353-S-LMB |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| JEFF CONWAY, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

On September 30, 2008, the Court entered an Order granting the Petition for Writ of Habeas Corpus. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus is GRANTED. Petitioner shall be released no later than 120 days from the date of this Judgment unless he has been retried on the charges or he is continuing to serve a sentence on a different conviction.

DATED: September 30, 2008

_____
Honorable Larry M. Boyle
Chief United States Magistrate Judge

**JUDGMENT** 1